No. 01–6925. MORENO SIERRA v. IMMIGRATION AND NATURAL-IZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6953. MILLIRONS v. SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–7010. DAVILA-MARRERO v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 01–7027. CALHOUN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–7031. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7033. WYATT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7034. DIAZ-PAULINO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–7035. MANUKIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7036. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–324. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. v. FLAGNER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–397. SCHOLASTIC CORP. ET AL. v. TRUNCELLITO ET AL. C. A. 2d Cir. Motion of American Institute of Certified Public Accountants for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–5195. SAPP v. MOORE, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS, *ante*, p. 908. Petition for rehearing denied.